IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. STEPHENSON, | CIVIL DIVISION |
| Plaintiff, | No. 2:18-cv-00527 |
| vs. | |
| MCLS, INC. AND CENNIAL COMPANY, INC., | |
| Defendants. | |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Thomas J. Stephenson and Defendants MCLS, Inc. and Cennial Company, Inc, through their respective counsel, that the within action be and hereby is DISMISSED WITH PREJUDICE.

Each Side will bear its own costs and fees.

Dated: December 19, 2018

/s/ Ashley N. Rodgers, Esquire
Ashley N. Rodgers, Esquire
PA ID No. 314017

Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219
arodgers@moodklaw.com
(412) 391-6171/(412) 391-8804 (fax)

*Counsel for Defendants, MCLS, Inc. and Cennial Company, Inc.*

/s/ Richard S. Matesic
Richard S. Matesic
PA ID No. 72211

1007 Mount Royal Boulevard
Pittsburgh, Pennsylvania 15223
rs.matesic@verizon.net
412.492.8975/412.492.8978 (fax)

*Counsel for Plaintiff, Thomas J. Stephenson*

AND NOW, this 20th day of December, 2018
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE